JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 759 -- In re Z.L. Commercial Services/Global Cable Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/02/23 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-2) EXHIBITS, CERT. OF SERVICE -- Global Cable, Inc. and Robert L. Valente -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK (cds) |
| 88/02/26 | 2 | RESPONSE -- (To pldg. #1) Filed by Z.L. Commercial Services, Inc. -- w/cert. of svc. (rh) |
| 88/03/03 | 3 | RESQUEST FOR EXTENTION OF TIME FOR FILING RESPONSE -- Trustee Gregory Messer, Esq. -- GRANTED TO AND INCLUDING APRIL 4, 1988 (cds) |
| 88/03/04 | | HEARING APPEARANCES: T. KEVIN MURTHA, ESQ. FOR Global Cable, Inc. and Robert L. Valente; PAUL R. WILLIAMS, ESQ. FOR Z.L. Commercial Services, Inc. (cds) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/22 | 4 | LETTER -- Supplemental Information (re: A-1) Filed by Global Cable, Inc. and Robert L. Valente -- dated 4/18/88 (rh) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT FOR MAY 19, 1988 Panel hearing -- ALL WAIVED (cds) |
| 88/05/31 | | CONSENT OF TRANSFEREE COURT -- consenting to assignmentt of litigation to Judge John E. Sprizzo (S.D. New York) for pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 88/05/31 | | TRANSFER ORDER -- transferring A-1 Z.L. Commercial Services, Inc. v. Robert L. Valente, E.D. Wisconsin, C.A. No. 88-C-0038 to the Southern District of New York for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 759 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Z.L. Commercial Services/Global Cable Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 19, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 31, 1988 | TO | Unpublished | Southern District of New York | John F. Sprizzo | |

Misc # M-21-48-SES

Special Transferee Information

DATE CLOSED: 2/25/91

JPML FORM 1      LISTING OF INVOLVED ACTIONS      Hon. John F. Sprizzo
                                                     S.D. New York

DOCKET NO. 759 -- In re Z.L. Commercial Services/Global Cable Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Z.L. Commercial Services, Inc. v. Robert L. Valente | Wis.,E. Reynolds | 88-C-0038 | 5/31/88 | 88-3872 JES | 7/26/89 D | |
| A-2 | Global Cable, Inc. v. Z.L. Commercial Services, Inc. | N.Y.,S. Sprizzo | 87-Civ-7966 | | | 2/25/91 | |

July 1990 - 1 Dis / 1 Pending

July 1991 - 1 Dis / Litigation closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 759 -- In re Z.L. Commercial Services/Global Cable Contract Litigation

---

Z.L. COMMERCIAL SERVICES, INC. (A-1)
Paul R. Williams, Esq.    (also deft.)
Redmond & Pollio, P.C.
1461 Franklin Avenue
Garden City, NY  11530

GLOBAL CABLE, INC. (A-2)
ROBERT L. VALENTE
Law Offices of T. Kevin Murtha
110-29 Horace Harding Expressway
Corona, NY  11368

TRUSTEE OF GLOBAL CABLE, INC.
(No appearance received)
William S. Kay, Esq.
10 Fifth Street
P.O. Box 2377
Valley Stream, NY  11582

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 759 -- In re Z.L. Commercial Services/Global Cable Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert L. Valente | A-1 |
| Z.L. Commercial Services, Inc. | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

JPML FORM 3