DOCKET NO. 759



BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE Z.L. COMMERCIAL SERVICES/GLOBAL CABLE CONTRACT LITIGATION

TRANSFER ORDER

This litigation presently consists of two actions pending in two districts as follows: one action each in the Southern District of New York and the Eastern District of Wisconsin. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Global Cable, Inc. (Global Cable) and Robert L. Valente (Valente) to transfer the Wisconsin action to the Southern District of New York for centralized pretrial proceedings with the action pending there. Z.L. Commercial Services, Inc. (Z.L. Commercial) does not oppose this motion, but asks the Panel to make any Section 1407 transfer subject to the following conditions: 1) Valente submit himself to the jurisdiction of the New York court for all purposes; and 2) the Wisconsin action should not be subject to the automatic stay of proceedings involving Global Cable by the bankruptcy court.

On the basis of the papers filed,[1/] the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions concern the terms of loan agreements between Z.L. Commercial and Global Cable and/or Valente regarding the same underlying loans. Recognizing that no party to this docket opposes the basic concept of centralization under Section 1407, we are persuaded of its desirability in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. We also find Z.L. Commercial's request for conditions is inappropriate; the issues in this request are more properly addressed to the transferee court and/or the bankruptcy court.

In selecting the Southern District of New York as transferee district, we note that Global Cable's principal place of business is located in New York City and many witnesses and documents are likely located there; and Global Cable's related bankruptcy proceedings are pending in the New York forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action pending in the Eastern District of Wisconsin and listed on the attached Schedule A be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable John F. Sprizzo for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer in this docket was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-759 -- In re Z.L. Commercial Services/Global Cable Contract Litigation</u>

<u>Eastern District of Wisconsin</u>

<u>Z.L. Commercial Services, Inc. v. Robert L. Valente,</u> C.A. No. 88-C-0038

<u>Southern District of New York</u>

<u>Global Cable, Inc. v. Z.L. Commercial Services, Inc.,</u> C.A. No. 87-Civ-7966